**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| | ) |
| **IN RE:  YASMIN AND YAZ** | )   **3:09-md-02100-DRH** |
| **(DROSPIRENONE) MARKETING, SALES** | ) |
| **PRACTICES AND PRODUCTS LIABILITY** | )   **MDL No. 2100** |
| **LITIGATION** | ) |

**This Document Relates To:**

| | |
|---|---|
| *Crystal Barentine v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13021-DRH |
| *Kimberly Gillespie v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10769-DRH |
| *Bridgette Hearne v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10240-DRH |
| *Patricia McGrath v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10745-DRH |
| *Stephanie McIntosh v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10750-DRH |
| *Melissa Moore v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10241-DRH |
| *Renee O'Neal v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10254-DRH |
| *Stacy Y. Sasaki v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13677-DRH |
| *Janna Walker v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10237-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: _/s/Caitlin Fischer_
**Deputy Clerk**

**Dated:** June 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.19
10:33:07 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2